THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Johnny Andrew Nealy,       
Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-320
Submitted February 20, 2003 - Filed 
 May 7, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Solicitor John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM: Johnny Andrew Nealy appeals 
 from his guilty plea to two counts of murder, first-degree lynching, criminal 
 conspiracy, and possession of a knife during a violent crime.  Nealy argues 
 the plea did not comply with the due process mandates of Boykin v. Alabama, 
 395 U.S. 238 (1965).  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Nealys appeal and grant counsels motion to 
 be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.